IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC., D/B/A SOUTHWESTERN BELL TELEPHONE COMPANY, L.P., <br><br> Defendant. | § § § § § § § § § § § § § § Civil Action No. A09CA700JN |

## WAIVER OF SERVICE OF SUMMONS

To: Edward Juarez, Senior Trial Attorney, Equal Employment Opportunity Commission, 5410 Fredericksburg Rd., Suite 200, San Antonio, Texas 78229.

I acknowledge receipt of your request that I waive service of a Summons in the action of *Equal Employment Opportunity Commission v. AT&T Services, Inc., d/b/a Southwestern Bell Telephone Company, L.P.*, Civil Action No. A09CA700JN in the United States District Court for the Western District of Texas, Austin Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the party on whose behalf I am acting, if an answer or motion under Rule 12 is not served upon you within **60 days** after September 28, 2009.

10/9/09
Date

Signature

Printed/typed name: JAIME MATA

As ATTORNEY of AT+T Services, Inc
   (Title)                (Corporate Defendant)